IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAMACIO PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON POLICE OFFICER C. CASTLE and OFFICER JOHN DOES #1-5,<br><br>Defendants. | Case No.:<br><br>JURY TRIAL DEMANDED |

# COMPLAINT

The Plaintiff, Damacio Perez, by his attorneys, The Law Offices of Haytham Faraj, complains against Defendants, Houston Police Officer C. Castle and Officer John Does #1-5, and upon information and belief, states as follows:

## INTRODUCTION

1. This action is brought seeking damages as redress for the violation of Plaintiff's rights enumerated under the Fourth and Fourteenth Amendments to the Constitution of the United States of America, and for personal injuries sustained by Plaintiff.

2. The damages resulted from the Defendants unlawful and unauthorized seizure and arrest of the Plaintiff, the unlawful use of excessive force and/or brutality against the Plaintiff causing severe bodily and personal injuries, and the intentional infliction of emotional distress, all of which have caused the Plaintiff significant and severe damages, including personal and pecuniary injuries.

1

## JURISDICTION AND VENUE

3.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1331 and §1343(a)(3), as the Federal Claims are brought under 42 U.S.C. §§1983 and 1988.

4.      Venue is proper, pursuant to 28 U.S.C. §1391(b), as the parties reside in this district and the events giving rise to the claims occurred in this district.

## THE PARTIES

5.      Plaintiff, Damacio Perez, at all relevant times is and was a citizen of the United States of America, resided in Houston, Texas, and enjoyed all rights and entitlements enumerated in the Constitution of the United States of America and all Amendments thereto.

6.      Defendant Officer C. Castle, at all times relevant is and was a duly sworn peace officer of the City of Houston, possessing law enforcement authority under Texas law. At all relevant times set forth herein he was acting under color of law and within the scope of his employment with the City of Houston. Castle is sued in his individual capacity. Upon information and belief, the Defendant resides in the City of Houston and County of Harris County, Texas.

7.      Defendant Officer John Does #1-5, were duly sworn peace officers of the City of Houston, possessing law enforcement authority under Texas law. At all relevant times set forth herein they were acting under color of law and within the scope of their employment with the City of Houston. Does 1-5 are sued in their individual capacities. Upon information and belief, John Does 1-5 reside in the City of Houston and County of Harris County, Texas.

## FACTS COMMON TO ALL COUNTS AND PARTIES

8.      Plaintiff, Damacio Perez, is a resident of Houston, Texas.

9. On November 18, 2024, at approximately 9:45 p.m., Plaintiff was near the 300 block of Capitol Street by the bayou in Houston, Texas.

10. At that time, Houston Police Department Officers, including Defendant Officer C. Castle, arrived at the scene.

11. The officers, including Defendant Castle, located Plaintiff and his girlfriend, Meagan Garret, on the sidewalk along the bayou.

12. Officers detained Megan.

13. Plaintiff was approximately 100 feet away from Megan and the officers.

14. In a dark and dimly lit area, Officers did not identify themselves as officers and began to aggressively yell at Plaintiff.

15. Plaintiff did not initially know that the individuals near his girlfriend were police officers.

16. Plaintiff was walking toward his girlfriend and the individuals near her.

17. Officers continued to aggressively yell at Plaintiff without identifying themselves as law enforcement.

18. Plaintiff was walking toward officers with his hands in his pockets.

19. As he continued approaching his girlfriend with his hands in his hoody pocket, he removed his hands.

20. Officers continued to yell at Plaintiff and ordered him to show his hands.

21. Plaintiff complied and removed his hands from his hoodie.

22. At the moment, Defendant Castle fired multiple gunshots at Plaintiff.

23. Plaintiff suffered injuries including, but not limited to, loss of feeling in his left foot, and injuries to his back, legs, shoulder, and buttocks.

**24.** Plaintiff was transported to Memorial Herman Hospital.

**25.** Plaintiff was hospitalized for one week.

**26.** Defendant Officer C. Castle was sworn in as an officer in June 2023 and is assigned to the Downtown Patrol Division. He was an officer for approximately 17 months before he shot Plaintiff.

**27.** The incident is being investigated by the HPD Special Investigations Unit, the Internal Affairs Division, and the Harris County District Attorney's Office.

**COUNT I - 42 U.S.C. §§1983**
VIOLATION OF FOURTH AMENDMENT – EXCESSIVE FORCE

**28.** Plaintiff incorporates by reference all preceding paragraphs in this complaint as though fully alleged herein.

**29.** At all relevant times, the Plaintiff enjoyed and possessed a right under the Fourth Amendment to the Constitution of the United States to be free from unreasonable searches and seizures and to be secure in his personal effects and property.

**30.** At all relevant times, the Defendants, as well as other unknown officers, accomplished an unlawful result through individual and/or concerted action in that they agreed, through explicit or implicit means, to inflict bodily harm on the Plaintiff without any objectively reasonable justification to do so.

**31.** The use of deadly force was not objectively reasonable under the circumstances.

**32.** Defendant Officer C. Castle, used excessive force against Plaintiff when such force was not objectively reasonable under the circumstances, in violation of Plaintiff's Fourth Amendment rights.

**33.** As a direct and proximate result of the Defendants' unlawful use of excessive force, Plaintiff has suffered and will continue to suffer severe damages, including but not limited to, personal injuries, pain and suffering, emotional distress, and medical expenses.

**34.** Defendants' individual acts and failures to act as described above violated Plaintiff's right to be free from unreasonable seizure as provided in the Fourth Amendment to the United States Constitution and has caused Plaintiff to suffer, and will in the future continue to suffer, severe damages including personal injuries, loss of reputation, mental anguish, emotional distress, and legal and medical expenses, as alleged herein.

WHEREFORE, the Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory and punitive damages in a sum in excess of $2,000,000.00, and for his attorneys' fees and costs pursuant to 42 U.S.C. §1988.

## COUNT II - 42 U.S.C. §§1983
### VIOLATION OF FOURTH AMENDMENT – UNLAWFUL SEIZURE

**35.** Plaintiff incorporates by reference all preceding paragraphs in this complaint as though fully alleged herein.

**36.** At all relevant times, the Plaintiff enjoyed and possessed a right under the Fourth Amendment to the Constitution of the United States to be free from unreasonable searches and seizures and to be secure in his personal effects and property.

**37.** At all relevant times, the Defendants, as well as other unknown officers, accomplished an unlawful result through individual and/or concerted action, in that they agreed, through explicit or implicit means, to effect the unlawful detention and arrest of the Plaintiff, without lawful authority in the form of reasonable articulable suspicion, probable cause, a judicial warrant, or writ.

**38.** Defendants unlawfully seized Plaintiff without reasonable suspicion or probable cause, violating Plaintiff's Fourth Amendment rights.

**39.** As a direct and proximate result of the Defendants' unlawful seizure, Plaintiff has suffered and will continue to suffer severe damages, including but not limited to, personal injuries, loss of reputation, mental anguish, emotional distress, and legal expenses.

**40.** Defendants' individual acts as described above violated Plaintiff's right to be free from unreasonable searches and seizures as provided in the Fourth Amendment to the United States Constitution and has caused Plaintiff to suffer, and will in the future continue to suffer, severe damages including loss of reputation, mental anguish, emotional distress, and legal expenses, as alleged herein.

WHEREFORE, the Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory and punitive damages in a sum in excess of $2,000,000.00 and for his attorneys' fees and costs pursuant to 42 U.S.C. §1988.

### JURY DEMAND

Plaintiff hereby demands trial by jury for all issues and claims raised in this complaint.

Respectfully Submitted,

*/s/ Issa Paul Tannous*
ISSA PAUL TANNOUS
Texas Bar No. 24048829
Federal Id. No.: 3621802
4900 Fournace Place, Suite 520
Bellaire, Texas 77401
Tel. (713) 485-5901
Fax. (832) 201-9145
issa@iptannouslaw.com
ATTORNEY FOR PLAINTIFF