**The Proposed Scheduling Order**

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS** Houston
**DIVISION**

|  |  |  |
|---|---|---|
| Perez _____ | § § § § § § § § § § § § | Civil No. 4:26cv1347 |
| Plaintiff, | | |
| v. | | |
| Castle _____ | | |
| Defendant. | | |

## SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1. Nov 27, 2026 — **MOTIONS TO ADD NEW PARTIES**
The party causing the addition of a new party must provide copies of this Order and all previously entered Orders to the new party.

2. Nov 27, 2026 — **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
Any party seeking leave to amend pleadings after this date must show good cause.

3. Feb 26, 2027 — **EXPERTS (Other than Attorney's Fees)**
The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

March 26, 2027 — The opposing party must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

4. May 28, 2027 — **COMPLETION OF DISCOVERY**

Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may continue discovery beyond the deadline by agreement.

5. <u>June 25, 2027</u>

**PRETRIAL MOTIONS DEADLINE**
**(Except for Motions *in Limine*)**
No motion may be filed after this date except for good cause. This includes motions to exclude experts.

6. <u>July 30, 2027</u>

**MEDIATION OR SETTLEMENT CONFERENCE**
Mediation or other form of dispute resolution must be completed by this deadline.

7. <u>September 24, 2027</u>

**JOINT PRETRIAL ORDER AND MOTION *IN LIMINE* DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Use the forms provided on the Court's website:
https://www.txs.uscourts.gov/page/district-magistrate-judges-procedures-schedules.

Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to do so may lead to dismissal or other sanction in accordance with the applicable rules. <u>Exhibit lists, witness lists and proposed deposition excerpts may not be amended or supplemented after this date unless by agreement.</u> Objections to any of these shall be filed no later than three business days after this date and responses to those objections shall be filed no later than six business days from this date. <u>Boilerplate objections or responses will not be considered.</u>

8. <u>November 5, 2027</u>

**DOCKET CALL**
Docket Call will be held at 2:00 p.m. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable.

9.      Additional orders relating to disclosures, discovery, or pretrial motions:

_____

_____

Any party wishing to make a discovery or scheduling motion must obtain permission before the submission of motion papers. This includes any motion to compel, to quash, for protection, or for extension.  Lead counsel must personally confer on all discovery and scheduling disputes as a final attempt at resolution prior to involving the Court. To obtain permission, the party seeking relief must submit a letter not exceeding two pages. Identify the nature of the dispute, outline the issues, and state the contested relief sought. Describe the conference between lead counsel and summarize the results.  Send a copy to all counsel and unrepresented parties.  The opposing party should promptly submit a responsive letter of similar length identifying any disagreement. Do not submit a reply letter.  The foregoing letters should be sent by email to the Court's case manager, at **CM_DJGanjei@txs.uscourts.gov.**


        It is SO ORDERED.

        Signed this ___ of _____, 20__.


                                _____
                                NICHOLAS J. GANJEI
                                UNITED STATES DISTRICT JUDGE